**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re: ROMAN A MAJKA** | ) | **09 B 23390** |
| | ) | |
| | ) | |
| Debtor(s) | ) | **Judge SQUIRES** |

*NOTICE OF WITHDRAWAL*

ROMAN A MAJKA                                              THE LAWSON GROUP INC
1616 ESTATE CIRCLE                                         1633 S MICHIGAN AVE #101
NAPERVILLE IL 60565                                        CHICAGO IL 60616


     Please take notice that Docket #79 the Chapter 13 Final Report and Account and Docket #80 the Discharge of Trustee Glenn B Stearns issued on April 7, 2011 are being withdrawn.  Funds were received after the final report and Discharge of the Trustee were filed.  These funds must be disbursed to creditors.  .

     I certify that this office caused a copy of this notice to be delivered to the above listed persons by depositing it in the U.S. Mail on April 15, 2011.


                                                                    /S/_____
                                                                      Louise Karmia
                                                                       For Glenn Stearns, Trustee


Glenn Stearns, Trustee
4343 Commerce Court, Suite 120
Lisle, IL 60532
630-577-1313