**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 7 |
| ROMAN MAJKA, | NO. 09-23390 |
| DEBTOR | JUDGE: Squires (DuPage) |

## NOTICE OF FILING

**Notified via Electronic Filing**
U.S. Trustee, 219 S Dearborn St, Room 873, Chicago, IL 60604
David E. Grochocinski, Grochocinski, Grochocinski & Lloyd, Ltd., 1900 Ravinia Place, Orland Park, IL 60462
Slava Tenenbaum, Slava Aaron Tenenbaum, Chartered, 5920 Dempster St., Ste 200, Morton Grove, IL 60053
**Notified via US Postal Service**
Roman Majka, 1616 Estate Circle, Naperville, IL 60565
Glenn Stearns, 4343 Commerce Court, Ste 120, Lisle IL 60532

Please take notice that on the 14th day of June, 2011 I did file with the Clerk of the United States Bankruptcy Court, 219 S Dearborn, Chicago, IL 60604 the Notice of Statement of Outstanding Mortgage Obligation.

## AFFIDAVIT OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached objection upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 2121 Waukegan Road, Suite 301, Bannockburn, IL 60015, before the hour of 5:00 PM on June 14, 2011, unless a copy was provided electronically by the Clerk of the Court.

Respectfully Submitted,

/s/ Josephine J. Miceli
Josephine Miceli

Richard B. Aronow ARDC# 03123969
Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Christopher R. Murphy ARDC# 06302607
Todd J. Ruchman ARDC# 06271827
Fisher and Shapiro, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847)291-1717
Attorneys for Movant
11-053298

**The firm of Fisher and Shapiro, LLC is a debt collector. This is an attempt to collect a debt. Any information may be used for that purpose. If your personal liability for this debt has been extinguished, discharged in bankruptcy or if a court order prohibits collecting this debt from you personally, then this is an attempt to enforce the Movant's rights with respect to the property addressed herein, and it is not an attempt to collect the debt from you personally.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 7 |
|---|---|
| ROMAN MAJKA, | NO. 09-23390 |
| DEBTOR | JUDGE: Squires (DuPage) |

**NOTICE OF STATEMENT OF OUTSTANDING MORTGAGE OBLIGATION**

As you know, our firm represents BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP in your Chapter 13 case number 09-23390. In that capacity, we have been retained to collect a debt provided for by your Chapter 13 Plan.

As of May 2, 2011 the post-petition sums due and collectable are as follows:

01/2011 – 05/2011 monthly payments at $2,451.37 each = $ 12,256.85

TOTAL = $ 12,256.85

Respectfully submitted,

/s/ Josephine J. Miceli
Attorney for BAC Home Loans Servicing, LP FKA
Countrywide Home Loans Servicing LP

Richard B. Aronow ARDC# 03123969
Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Christopher R. Murphy ARDC# 06302607
Todd J. Ruchman ARDC# 06271827
Fisher and Shapiro, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847)291-1717
Attorneys for Movant
11-053298

**The firm of Fisher and Shapiro, LLC is a debt collector. This is an attempt to collect a debt. Any information may be used for that purpose. If your personal liability for this debt has been extinguished, discharged in bankruptcy or if a court order prohibits collecting this debt from you personally, then this is an attempt to enforce the Movant's rights with respect to the property addressed herein, and it is not an attempt to collect the debt from you personally.**